Alison M. Bernal (Bar No. 264629)
alison@nps-law.com
NYE, PEABODY, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345
Facsimile: (805) 563-5385

R. Webb Moore (*Pro Hac Vice Pending*)
wmoore@hirschlerlaw.com
Franklin R. Cragle, III (*Pro Hac Vice Pending*)
fcragle@hirschlerlaw.com
HIRSCHLER FLEISCHER
A PROFESSIONAL CORPORATION
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: 804.771.9500
Facsimile: 804.644.0957

Attorneys for Applicants Perfected Roses, LLC, Floral Improvements, LLC, and Josephus Adrianus Eduard Paternostre

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| In re: Application of: Perfected Roses, LLC, Floral Improvements, LLC, and Josephus Adrianus Eduard Paternostre,<br><br>Applicants.<br><br>For the Issuance of Subpoenas for the Taking of Depositions and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | CASE NO.: **2:18-mc-00106-UA-PLA**<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: _____April 25_____, 2019

*Paul L. Abrams*
_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE